FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG - 7 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-1908 |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| **ANTHONY GREENIER and** ) | Count 2: 21 U.S.C. §§ 841 (a)(1) and |
| **DEREK ANDRADE,** ) | (b)(1)(C): Distribution of Heroin; 18 U.S.C. § 2: |
| ) | Aiding and Abetting. |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about January 6, 2012, in San Miguel County, in the District of New Mexico, the defendants, **ANTHONY GREENIER and DEREK ANDRADE,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons whose names are known and unknown to the grand jury to commit the following offense against the United States, to wit: distribution of a mixture and substance containing a detectable amount of heroin, contrary to 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

Count 2

On or about January 6, 2012, in San Miguel County, in the District of New Mexico, the defendants, **ANTHONY GREENIER and DEREK ANDRADE,** unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
08/06/12  10:29am